| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LOWENSTEIN SANDLER PC<br>BRUCE BUECHLER (BB 0324)<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>973-597-2500 phone<br>973-597-2400 fax<br><br> - and -<br><br>STROOCK & STROOCK & LAVAN LLP<br>LAWRENCE ROSENTHAL<br>MATTHEW W. SIEGAL<br>180 Maiden Lane<br>New York, NY  10038<br>212-806-5400 phone<br>212-806-6006 fax<br>Attorneys for FUJIFILM Corporation |

| | |
|---|---|
| In re:<br><br>JAZZ PRODUCTS, LLC,<br>f/d/b/a RIBI TECH PRODUCTS, LLC,<br><br>                         Debtor. | Case No. 09-33687 (RTL)<br><br>Chapter 11 |

**ORDER PURSUANT TO 11 U.S.C. § 105(a) AND D.N.J. LBR 1073-1(e)
TRANSFERRING THIS CASE FROM THE TRENTON VICINAGE TO THE NEWARK
VICINAGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF NEW JERSEY AND REASSIGNING IT TO THE
<u>HONORABLE MORRIS STERN, U.S.B.J.</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page:       2
Debtor:     JAZZ PRODUCTS, LLC, f/d/b/a RIBI TECH PRODUCTS, LLC,
Case No.    09-33687 (RTL)
Caption:    ORDER PURSUANT TO 11 U.S.C. § 105(a) AND D.N.J. LBR 1073-1(e) TRANSFERRING THIS CASE FROM THE TRENTON VICINAGE TO THE NEWARK VICINAGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY AND REASSIGNING IT TO THE HONORABLE MORRIS STERN

_____

**THIS MATTER** having been brought before the Court on the motion (the "Motion") of FUJIFILM Corporation for entry of an order pursuant to 11 U.S.C. § 105(a) and D.N.J. LBR 1073-1(e) transferring the above-captioned debtor's (the "Debtor") Chapter 11 case from the Trenton Vicinage to the Newark Vicinage of the United States Bankruptcy Court for the District of New Jersey and reassigning it to the Honorable Morris Stern, U.S.B.J.; and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the legal and factual basis set forth in the Motion establish just cause for the relief granted herein, and (iv) adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having considered the Motion, and opposition, if any; and the Court having further considered the arguments of counsel at the hearing on the Motion, if any; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Debtor's Chapter 11 case and all proceedings related thereto be, and hereby are, transferred to the Newark Vicinage of the United States Bankruptcy Court for the District of New Jersey and assigned to the Honorable Morris Stern, U.S.B.J., effective immediately.