# ARENT FOX LLP

## COMMITTEE COUNSEL FEE BUDGET
## PRELIMINARY ESTIMATE
(Subject to Revision)

| **Month** | September/October 2009 | November 2009 | December 2009 |
|---|---|---|---|
| **Estimated Fees** | $50,000 | $15,000 | $15,000 |