UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
11/10/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ☐ Followed    ☐ Modified

**ORDER AUTHORIZING**
**RETENTION OF** _____

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 11/10/2009**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

In re: _____

Case No.: _____

Applicant: _____

(check all that apply) ☐ Trustee: ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: _____

Address of Professional: _____

_____

_____

_____

☐ Attorney for (check all that apply):

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

*Approved by Judge Raymond T. Lyons  November 10, 2009*

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is nunc pro tunc to September 30, 2009.

*Rev. 6/1/06; jml*

*Approved by Judge Raymond T. Lyons  November 10, 2009*