

| | | | |
|---|---|---|---|
| "Utlik, George V." <Utlik.George@ARENTFOX.COM> | To | '"chambers_of_RTL@njb.uscourts.gov"' <chambers_of_RTL@njb.uscourts.gov> | |
| | cc | "Sullivan, James M." <Sullivan.James@ARENTFOX.COM> | |
| 04/07/2010 01:52 PM | bcc | | |
| | Subject | In re Jazz Products, LLC, Case No. 09-33687 | |

History:     This message has been forwarded.

To the Honorable Judge Raymond T. Lyons,

Pursuant to instructions received from Gary Nau, we are writing to request a revised order granting application for compensation and expenses to Arent Fox LLP, counsel for the Official Committee of Unsecured Creditors [Docket No. 143], authorizing (1) payment in the amount of $2,106.00 for translation services rendered by Dr. Haishan Liu and (2) application of the retainer in the amount of $20,000 on pro rata basis between the Committee's professionals, Arent Fox LLP, Executive Sounding Board Associates, and Dr. Haishan Liu, as requested in the Arent Fox Application.

The Order in its current form does not provide for payment of $2,106.00 for translation services rendered by Dr. Haishan Liu, as requested in our application. See Application at 2 ¶ 1, 3 ¶ 7, & Exhibit D to the Application. In addition to the fees and expenses incurred by Arent Fox, the Committee engaged Dr. Haishan Liu to provide translation services for the members of the Committee who are Chinese corporations and whose representatives speak little or no English. We therefore ask the Court to amend the Order to authorize compensation to Dr. Haishan Liu in the amount of $2,106.00.

Further, the Order in its current form does not authorize application of the retainer in the amount of $20,000 (the "Retainer") on pro rata basis between the Committee's professionals, Arent Fox LLP, Executive Sounding Board Associates, and Dr. Haishan Liu, as also requested in our application. See Attorney Fee Application Sheet at 1 n.2; Application at 4 ¶ 12 & at 9. Pursuant to the Court's Order dated October 30, 2009 [Docket No. 85], Arent Fox received the Retainer and is now asking the Court to amend the Order to authorize application of the Retainer between the Committee's professionals on pro rata basis.

For the Court's convenience, we are attaching the proposed form of order that we previously submitted along with our application, which provides sample language authorizing the relief requested.

Thank you.

Respectfully submitted,


**George V. Utlik**
Attorney

**Arent Fox LLP** | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.492.3287  DIRECT | 212.484.3990 FAX
utlik.george@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Jazz - Ex. F to Final Fee App - Proposed Order (3).DOC